IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**PAUL SHUMATE**  **PLAINTIFF**

V.  **CASE NO. 5:25-CV-5257**

**BENTON COUNTY, ARKANSAS;
SHERIFF SHAWN HOLLOWAY;
MAJOR ROBERT BERSI; JOHN DOE
CORRECTIONAL OFFICERS 1–10;
JOHN DOE NURSES / MEDICAL STAFF 1–5;
CHRIS WILLIS; JOHN DOE DEPUTY
("WILLIS-NEIGHBOR"); JOHN DOE OFFICER
WHO CONDUCTED THE TRAFFIC STOP; and
CITY OF BENTONVILLE, ARKANSAS**  **DEFENDANTS**

## ORDER

Now before the Court are two Reports and Recommendations (Docs. 11 & 12) filed by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that both Reports and Recommendations are proper and should be and hereby are **ADOPTED IN THEIR ENTIRETY**. Accordingly, **IT IS ORDERED** that:

- Counts 8, 9, 10, and 11 of Plaintiff's Complaint are **DISMISSED WITHOUT PREJUDICE** upon preservice screening for failure to state a claim upon which relief may be granted, and Chris Willis, John Doe Deputy ("Willis-Neighbor"), John Doe Officer Who Conducted the Traffic Stop, and the City

of Bentonville, Arkansas are **TERMINATED** as Defendants in this case; and

- Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 4) is **DENIED**.

The case remains **REFERRED**.

**IT IS SO ORDERED** on this 26th day of January, 2025.

<u>/s/ Timothy L. Brooks</u>
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE
